UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14044-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

TROY HOLLANDER CRADDOCK,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to the Honorable Frank J. Lynch United States Magistrate Judge on May 27, 2008. A Report and Recommendation was filed on June 2, 2008, recommending payment in the amount of $7,823.38 as to voucher number FLS071432. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of June, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Michael Smith, Esq.